# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



JUSTINO AVILA-TORRES

     VS.  **CIVIL NO.**  04-1987 **(JAF)**

COMMISSIONER OF SOCIAL
SECURITY

| **DESCRIPTION OF MOTION** |||
|---|---|---|
| DATE FILED: | DOCKET: | TITLE: |
| [] Plffs. | [] Defts. | |

| **- O R D E R -** |
|---|
| After having reviewed the Magistrate-Judge's Report and Recommendation, Docket Document No. 11, as well as the Objection filed by Plaintiff, Docket Document No. 12, the court **ADOPTS** the Magistrate's Report and **AFFIRMS** the final decision of the Commissioner. Judgment shall enter dismissing the case. |
| **IT IS SO ORDERED.** |

  May 24, 2005                                          S/ José Antonio Fusté
      Date                                                José Antonio Fusté
                                                                 Chief U.S. District Judge